IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAMION M. THOMAS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                          No. 13-689-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on April 15, 2014 (Doc. 6), Petitioner's Motion is **DENIED** and his claims are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  s/*Sara Jennings*
     **Deputy Clerk**

Dated:   April 15, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.15
15:57:38 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT